IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division



| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No. 3:26-CR- 32 |
| v. | Count 1: Possession of a Firearm by a Felon (18 U.S.C. § 922(g)(1)) |
| BRANDON RASHAAD HILL, | **FORFEITURE NOTICE** |
| *Defendant.* | |

## INDICTMENT

### March 2026 Term – at Richmond

THE GRAND JURY CHARGES THAT:

### Count One
*(Possession of a Firearm by a Felon)*

On or about January 26, 2026, in Chesterfield County, Virginia, within the Eastern District of Virginia, the defendant, BRANDON RASHAAD HILL, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit: an HS Produkt, model XD-M Elite, 9-millimeter handgun bearing serial no. BY236439; said firearm having been shipped and transported in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

## FORFEITURE NOTICE

Pursuant to Fed. R. Crim. P. 32.2, the defendant is hereby notified that upon conviction of the offense alleged in Count One of this Indictment, the defendant shall forfeit any firearm or ammunition involved in or used in any knowing violation of the offense. Property subject to forfeiture includes, but is not necessarily limited to, the following:

1. an HS Produkt, model XD-M Elite, 9-millimeter handgun bearing serial no. BY236439; and

2. any and all accompanying magazines and ammunition.

(In accordance with Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(c).)

A TRUE BILL

_____

FOREPERSON

Todd W. Blanche
Deputy Attorney General

By: _____
John C. Blanchard
Assistant United States Attorney