CRIMINAL PROCEEDINGS  —  U.S. DISTRICT COURT, EASTERN DISTRICT OF VA, RICHMOND DIVISION

JUDGE:  COLOMBELL

REPORTER:  FTR

DOCKET NO. 3:26cr32

DATE: 3/23/26

UNITED STATES OF AMERICA
v.

COUNSEL

1. Brandon Rashaad Hill
   Deft appeared via VTC (  ) ZOOM (  )

1. Carolyn Grady (w)

**APPEARANCES:** GOVERNMENT __John Blanchard__ (X)
DEFENDANT WITH COUNSEL ( X )   DEFENDANT WITHOUT COUNSEL (  )
DEFENDANT NOT PRESENT   (  )   WAIVER OF APPEARANCE FILED (  )
INTERPRETER _____ (  )

**BAIL STATUS:** DEFENDANT ON BOND (  ) DEFENDANT ON SUPERVISED RELEASE (  )
DEFENDANT INCARCERATED ( X ) BOND NOT SET (  )

**TYPE OF PROCEEDINGS:** INITIAL (X) ARRAIGNMENT (  ) REARRAIGNMENT/GUILTY PLEA (  )
PRELIMINARY (  ) DETENTION (  ) MOTIONS (  ) OTHER: _____ (  )
INITIAL ON SUPERVISED RELEASE/PROBATION VIOLATION (  )

**PRELIMINARY PROCEEDINGS:** WAIVER OF INDICTMENT EXECUTED, FILED (  )
CRIMINAL INFORMATION FILED (  )
OTHER (  ) _____

**INITIAL HEARING PROCEEDINGS:** DATE OF ARREST: 3/23/26  GOVT'S MOTION TO UNSEAL (  )
GOVT SUMMARIZED CHARGES (X) DEFT ADVISED OF RULE 5 RIGHTS (X)
FINANCIAL AFFIDAVIT (X) COUNSEL TO BE APPOINTED (X) Javionte Johnson
DEFT TO RETAIN COUNSEL (  )
GOVT'S MOTION TO DETAIN DEFT (X) ORDER OF TEMPORARY DETENTION (  )
DEFT REMANDED (X) DETENTION HEARING SET: _____

**PRELIMINARY HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE (  )   DEFT ADDUCED EVIDENCE (  )
ARGUMENTS HEARD (  )   FINDINGS STATED FROM BENCH (  )
DEFT WAIVED HEARING (  ) PROBABLE CAUSE FOUND (  )
MOTION FOR CONTINUANCE (  ) GOVT (  ) DEFT (  ) DEFT REMANDED (  )
WITNESS(ES) _____
_____
_____
_____
_____

**DETENTION HEARING PROCEEDINGS:** GOVT ADDUCED EVIDENCE (  )   DEFT ADDUCED EVIDENCE (  )
ARGUMENTS HEARD (  )   FINDINGS STATED FROM BENCH (  )
DEFT WAIVED HEARING (X ) DEFENDANT CONTINUED ON PRESENT BOND (  )
DEFT HELD W/O BOND (X) FLIGHT RISK (  ) DANGER (  )
GOVT NOT SEEKING DETENTION (  ) DEFENDANT RELEASED ON BOND (  )
ELECTRONIC MONITORING (  ) 3rd PARTY CUSTODIAN (  )
DEFT RELEASED ON SAME CONDITIONS AS PREVIOUSLY IMPOSED (  )
MOTION FOR CONTINUANCE (  ) GOVT (  ) DEFT (  )
DEFT REMANDED ( X )
WITNESS(ES) _____
_____
_____

COURT REMINDED COUNSEL OF PROSECUTORIAL OBLIGATIONS AS REQUIRED UNDER RULE 5(F)  ( X )

CASE CONTINUED TO: __3/30/26 @ 1:45__ FOR Arraignment
CASE SET: 1:30   BEGAN: 1:36   ENDED: 1:49   TIME IN COURT: 13 minutes